**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :   No. 122 WAL 2022

Petitioner                 :

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.                       :

:

:

LARS MATTHEW RINDAHL,       :

:

Respondent      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 19th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.